1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION         CASE NO. 2:15-SW-0090 KJN
   OF THE UNITED STATES OF AMERICA
12 FOR A SEARCH WARRANT                     DAD
   CONCERNING:                              [PROPOSED] ORDER UNSEALING SEARCH
13                                          WARRANT AND APPLICATION
   5317 Dusty Rose Way, Rancho Cordova,
14 California, 95742; a blue 2003 Toyota RAV4,
   California license 6HHB362; a 2010 Kia,
15 California license 6JKN363.

16

17     The government's request to unseal the Search Warrant and this case is GRANTED.

18
   Dated: 3/20/15
19
                                            _____
20                                          HONORABLE DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE
21

**FILED**

MAR 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK